253381

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1742 MJD/JGL **Case Title:** J. Graff & Associates v. ABF Freight System, Inc.

**Affidavit of Movant**

I, Laurel E. Learmonth, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Raymond A. Selvaggio, an attorney admitted to practice in the Eastern District of New York, but not admitted to the bar of this court, who will be counsel for the (✓)plaintiff ( )defendant J. Graff & Associates in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature: [signature] | MN Attorney License #: 61463 | Date: 11/1/01 |
|---|---|---|

**Affidavit of Proposed Admittee**

I, Raymond A. Selvaggio, am currently a member in good standing of the U.S. District Court for the Eastern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name: Raymond A. Selvaggio | Signature: [signature] | Date: October 19, 2001 |
|---|---|---|

Attorney License Number: RS 6015

Law Firm Name & Address: Augello, Pezold & Hirschmann, P.C.
120 Main Street
Huntington, New York 11743-6936

Telephone: (631) 427-0100

Motion Granted: [signature] /lj
For the Court: Richard D. Sletten, Clerk

Date: NOV 02 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____