UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

J. Graff & Associates, Inc.,

Plaintiff,

vs.

ABF Freight System, Inc.,

Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

Court File No. 01-CV-1742 MJD\JGL

The above-entitled action, having been fully compromised and settled,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs and disbursements to any of the parties.

IT IS FURTHER STIPULATED AND AGREED, that any of the parties, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the district court will retain jurisdiction over the settlement agreement until the parties have resolved this matter according to the terms of the settlement agreement.

DATED: 7/9, 2002

PRIMUS LAW OFFICE, P.A.

By ______________________
Laurel E. Learmonth, Esq. (61463)
*Attorneys for Plaintiffs*
630 Wells Fargo Midland Building
401 Second Avenue South
Minneapolis, MN 55401-2305
Phone: (612) 333-0909

OF COUNSEL:
Raymond A. Selvaggio, Esq.
AUGELLO, PEZOLD & HIRSCHMANN, P.C.
120 Main Street
Huntington, NY 11743
Phone: (631) 427-0100

FILED JUL 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 16 2002
DEPUTY CLERK ______

863358-1

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
Leondra M. Hanson (294512)
*Attorneys for Defendant*
Suite 2000
333 S. Seventh Street
Minneapolis, MN 55402
Phone: (612) 340-8975

DATED: July 6, 2002

**ORDER**

Pursuant to the foregoing Stipulation, this Court shall retain jurisdiction over and enforce the settlement agreement until the parties have resolved this matter according to the terms of the settlement agreement.

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without costs to any party and judgment may be entered accordingly.

BY THE COURT:

Dated: July 16, 2002, ~~2002~~

~~Chief Magistrate Judge Jonathan Lebedoff~~
United States District Judge
Joan E. Lancaster